ANTONIO D'URBANO, Appellant, v. ALFONSO PETROSSI and Others, Respondents.— Motion granted unless the appellants shall file and serve the printed papers and printed briefs on appeal on or before the 15th day of December, 1925. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.·

SARA MUGAVERO, Respondent, v. JOSEPH VENTO, Appellant.— Motion granted unless the appellant shall file and serve the printed papers and printed briefs on appeal herein on or before the 15th day of December, 1925. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HERMAN COPLAN and Another, Doing Business under the Firm Name, etc., Appellants, v. PETER RIZZO, Respondent.— Appeal dismissed, with costs, including ten dollars costs of motion. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EASTMAN KODAK COMPANY, Appellant, v. CLAY D. RICHARDS and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ANNA K. HARLOW, Respondent, v. PEARL K. HARLOW, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

SOLOMON GOLOB, Appellant, v. ALBERT B. HISE, Respondent. (Action No. 1.) — Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

SOLOMON GOLOB, Appellant, v. ALBERT B. HISE, Respondent. (Action No. 2.) — Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WILLIAM PALMER, Respondent, v. OSCAR T. ANDERSON, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

DOMINICK BONANNI, Appellant, v. WILLIAM H. WEISS, Respondent.— Order affirmed, with costs, upon the sole ground that the verdict is against the weight of the evidence on the questions of negligence and contributory negligence. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOHN HALEY, Respondent, v. SUPERIOR ELEVATOR COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LAWRENCE V. MORAN, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO ANDREONE, Appellant.— Judgment of conviction and order affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHETTIE PORTER, Respondent, v. JOHN S. PORTER, Appellant.— Order of County Court and judgment of Justice's Court reversed on the law and facts, and the proceeding dismissed, upon the authority of People v. De Wolf (133 App. Div. 879). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARY HERCNAK and Another, Infants, by SUSAN HERCNAK, Their Guardian ad Litem, Respondents, v. RUSSIAN ORTHODOX CATHOLIC MUTUAL AID SOCIETY IN U. S. A., Appellant, Impleaded with Another, Defendant.— Judgment affirmed